UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT CONOHAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RAD POWER BIKES, INC., a Washington corporation,<br><br>Defendant. | Case No. 2:25-cv-00106-PVC<br><br>**CLASS ACTION**<br><br>**ORDER GRANTING THE JOINT STIPULATION TO EXTEND WORD COUNT PURSUANT TO L.R. 11-6.1**<br><br>Judge: Hon. Pedro V. Castillo<br><br>Date Action Filed: January 6, 2025 |

# ORDER

The Court, having read and considered the instant Stipulation, **IT IS ORDERED** that Defendant Rad Power Bikes, Inc. shall have up to and including 9,000 words for its forthcoming Motion to Dismiss Plaintiff Robert Conohan's Complaint pursuant to FRCP 12(b)(2) (the "Motion"), and Plaintiff shall have up to and including 9,000 words for its Opposition to the Motion.

Dated: January 30, 2025

HON. PEDRO V. CASTILLO
UNITED STATES MAGISTRATE JUDGE