Docusign Envelope ID: C55F76A9-667D-444B-8A2A-E199D7DA2D98

Robert Tauler (SBN 241964)
robert@taulersmith.com
Narain Kumar, Esq. (SBN 301533)
nkumar@taulersmith.com
TAULER SMITH LLP
626 Wilshire Boulevard, Suite 550
Los Angeles, California 90017
Tel: (213) 927-9270

*Attorneys for Plaintiff
Robert Conohan*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT CONOHAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>vs.<br><br>RAD POWER BIKES, INC., a Washington corporation; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. 2:25-cv-00106-PVC<br><br>**CLASS ACTION**<br><br>**DECLARATION OF ROBERT CONOHAN IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS COMPLAINT**<br><br>*[Filed Concurrently with Plaintiff Robert Conahan's Oppo. to Defendant Radical Power Bike, Inc.'s Motion to Dismiss]*<br><br>Date:          April 8, 2025<br>Time:         10:00 a.m.<br>Courtroom:   Hon. Pedro V. Castillo<br><br>Date Action Filed: January 6, 2025 |

**DECLARATION OF ROBERT CONOHAN IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS COMPLAINT**

Case 2:25-cv-00106-PVC    Document 15    Filed 03/19/25    Page 2 of 2    Page ID #:241

I, Robert Conohan, declare as follows:

1. I am the Plaintiff in this matter. I have personal knowledge of the matters set forth herein, and if called as a witness in this matter, could competently testify thereto.

2. On March 4, 2024, I visited www.radpowerbikes.com (the "Website").

3. During that visit, I did not take any action to consent to either (1) being identified by the Website or (2) the Website transmitting any information or data on any device I used to visit the Website, or any browser I used, to a third party.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this March 19th, 2025, in Ventura County, California.



Robert Conohan

**DECLARATION OF ROBERT CONOHAN IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS COMPLAINT**

1