Robert Tauler, Esq. (SBN 241964)
robert@taulersmith.com
TAULER SMITH LLP
626 Wilshire Boulevard, Suite 550
Los Angeles, California 90017
Tel: (213) 927-9270

*Attorneys for Plaintiff
Robert Conohan*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT CONOHAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RAD POWER BIKES, a Washington corporation; and DOES 1 through 25, inclusive,<br><br>Defendant. | Case No.: 2:25-cv-00106-PVC<br><br>**PLAINTIFF ROBERT CONOHAN'S NOTICE OF SETTLEMENT** |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

  PLEASE TAKE NOTICE that Plaintiff Robert Conohan and Defendant Rad Power Bikes have reached a resolution of the above-captioned case. Assuming compliance with the terms of the resolution, the parties expect Plaintiff will dismiss his individual claims with prejudice within the next thirty (30) days.

Dated: April 28, 2025         TAULER SMITH LLP

                By: /s/ Robert Tauler
                   Robert Tauler

                *Attorneys for Plaintiff*
                *Robert Conohan*