# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT CONOHAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>vs.<br><br>RAD POWER BIKES, INC., a Washington corporation; and DOES 1 through 25, inclusive<br><br>Defendants. | Case No. 2:25-cv-00106-PVC<br><br>**ORDER DISMISSING ENTIRE ACTION PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

**ORDER**

Pursuant to the Parties' Stipulation, IT IS HEREBY ORDERED that all claims brought by Plaintiff against Defendant are dismissed without prejudice as to Plaintiff in his individual capacity, and dismissed without prejudice as to the class. Each party shall bear its own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: June 30, 2025

_____
HON. PEDRO V. CASTILLO
UNITED STATES MAGISTRATE JUDGE