Robert Tauler  (SBN 241964)
robert@taulersmith.com
Narain Kumar, Esq. (SBN 301533)
nkumar@taulersmith.com
TAULER SMITH LLP
626 Wilshire Boulevard, Suite 550
Los Angeles, California 90017
Tel: (213) 927-9270

*Attorneys for Plaintiff*
*Robert Conohan*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT CONOHAN, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br> vs. <br><br> RAD POWER BIKES, INC., a Washington corporation; and DOES 1 through 25, inclusive <br><br> Defendants. | Case No. 2:25-cv-00106-PVC <br><br> **JOINT STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

# STIPULATION TO DISMISS

It is hereby stipulated by and between Plaintiff Robert Conohan ("Plaintiff") and Defendant Rad Power Bikes, Inc. ("Defendant"), through their counsel of record, that all claims brought by Plaintiff against Defendant should be dismissed with prejudice as to Plaintiff in his individual capacity, and without prejudice as to the class. Each party shall bear its own attorneys' fees and costs. See Fed. R. Civ. P. 41(a)(1)(A)(ii).

DATED: August 29, 2025                    TAULER SMITH LLP

                                          By:   /s/ Robert Tauler
                                                Robert Tauler, Esq.
                                                *Attorney for Plaintiff*
                                                *Robert Conohan*

DATED: August 29, 2025                    ARENTFOX SCHIFF LLP

                                          By:   /s/ Lynn R. Fiorentino
                                                Lynn R. Fiorentino, Esq.
                                                *Attorney for Defendant*
                                                *Rad Power Bikes, Inc.*

# ATTESTATION PURSUANT TO LOCAL RULE 5-4.3.4(2)((i)

Pursuant to Local Rule 5-4.3.4(2)(i), I, Robert Tauler, attest that all other signatories listed and on whose behalf the filing is submitted concur in this filing's content and have authorized this filing.

DATED: August 29, 2025                             TAULER SMITH LLP

                                        By:   /s/ Robert Tauler
                                              Robert Tauler, Esq.
                                              *Attorney for Plaintiff*
                                              *Robert Conohan*